UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: **18-CR-60289-MARTINEZ/MAYNARD**

UNITED STATES OF AMERICA

v.

OSVALDO MIGOYA-HERNANDEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON PETITION FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the *Petition for Warrant or Summons for Offender Under Supervision* ("the Petition") filed by the United States Probation Office **[ECF No. 36]** on November 2, 2022.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on June 16, 2025 **[ECF No. 50]**. A Report and Recommendation was filed on June 17, 2025, recommending that the Defendant's admission of guilt as to Violations 1 and 3 of the Petition be accepted **[ECF No. 51]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 51]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety. The Defendant is adjudged guilty of Violations 1 and 3 of the Petition.

Violation 1 charges Defendant with Failing to Refrain from Violation of the Law on or about October 31, 2022, in Broward County, Florida, when the defendant committed the offense of Possession of Child Pornography – Sexual Performance of a Child, contrary to Florida Statute

827.071(5). Violation 3 charges Defendant with Failing to Refrain from Violation of the Law on or about October 31, 2022, in Broward County, Florida, when the defendant committed the offense of Driving with a Suspended/Revoked Driver's License (Habitual Traffic Offender), contrary to Florida Statute 322.34-10B. Therefore, Defendant has been found to violate two mandatory conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Tuesday, July 22, 2025, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ⎯ day of July, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office